```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

YAMIL TAFOYA RAMIREZ,

              Defendant.

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a telephonic bail appeal hearing in this matter on **July 25, 2023**, at **9:30 a.m.** The parties are directed to dial 888-398-2342 and enter access code 5598827.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge