# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | CASE NUMBER: 1:23-cr-0241-AT (S.D.N.Y.) |
|---|---|
| vs | 3:23-mj-2359-KSC (S.D. Cal.) |
| YAMIL TAFOYA RAMIREZ | **ABSTRACT OF ORDER** |
|  | Booking No. 09337-506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/3/2023 the Court entered the following order:

| | |
|---|---|
| **X** | Defendant be release from custody to U.S. Pretrial Services on 8/4/2023 at 9:00 a.m. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| **X** | Defendant released on  $20,000 P/S  bond posted. |
| | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Charges pending in case no. _____ |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| **X** | Other: Defendant is to be release to U.S. Pretrial Services Officer Moises Santos, (619) 557-7607, on 8/4/2023 at 9:00 a.m. in San Diego, CA, to install GPS/location monitoring device. |

8/3/2023
Electronically Sent to USMS

Dated: August 3, 2023
New York, New York

*[signature]*
JAMES L. COTT
United States Magistrate Judge

Crim-9 (Rev. 05/20)
Original