```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Yamil Tafota Ramirez,

        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

23 -CR- 241 (AT) ( )

Defendant __Yamil Tafota Ramirez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_/s/ Yamil Tafota Ramirez_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Yamil Tafota Ramirez
Print Defendant's Name

_/s/ Kenneth Montgomery_
Defense Counsel's Signature

Kenneth J. Montgomery
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

Dated: March 12, 2024
       New York, New York

_/s/_
ANALISA TORRES
United States District Judge