USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024

# LAW OFFICE OF KENNETH J. MONTGOMERY, P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

July 9, 2024

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *United States v. Yamil Tafoya Ramirez*, 23 Cr. 241 (AT)

Dear Judge Torres:

      Mr. Ramirez would like to attend his grandfather's funeral in Deming, New Mexico, and visit his grandmother who has been diagnosed with terminal cancer. The funeral is on the 10th and Mr. Ramirez will be returning home on the 13th of June. While in New Mexico he will be staying with his uncle Rodolfo Tafoya at the address of 406 San Miguel, Deming Mexico 88030. Pretrial does not oppose. I am out of the country and awaiting the Government's position.

      Thank you for the Court's time and consideration in this matter.

                                            Respectfully,
                                            s/ *Kenneth J. Montgomery*
                                            Kenneth J. Montgomery

GRANTED.

SO ORDERED.

Dated: July 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge