UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YAMIL TAFOTA RAMIREZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2024

23 Cr. 241-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing for Defendant Yamil Tafota Ramirez on **October 7, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: September 11, 2024
       New York, New York

ANALISA TORRES
United States District Judge