UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024
```

UNITED STATES OF AMERICA,

-against-

23 Cr. 241-4 (AT)

YAMIL TAFOYA RAMIREZ,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    The change-of-plea hearing for Defendant Yamil Tafoya Ramirez scheduled for October 7, 2024, is ADJOURNED to **October 10, 2024**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge