UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YAMIL TAFOYA RAMIREZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/11/2024_

23 Cr. 241-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Sentencing in this matter will be held on **January 27, 2025**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St, New York, New York 10007. By **January 13, 2025**, Defendant shall file his sentencing submission. By **January 20, 2025**, the Government shall submit its sentencing submission.

      SO ORDERED.

Dated: October 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge